IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEJANE DELMUNDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>FMS SERVICES,<br><br>Defendant. | Civil Case Number: 3:19-cv-14036-BRM-ZNQ<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 6, 2019 Stipulation of Dismissal, all claims asserted against Defendant FMS SERVICES in Civil Action No. 3:19-cv-14036-BRM-ZNQ, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS ___6th___ day of __december__, 2019.

_____
HONORABLE BRIAN R. MARTINOTTI
SENIOR UNITED STATES DISTRICT JUDGE